

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Glenn Blair v. Angela McClinton

Appellate case number:    01-16-00431-CV

Trial court case number:   15-DCV-228828

Trial court:              505th District Court of Fort Bend County

      The court confirms the trial court reporter's request for clarification that the reporter's record for this appeal need only include the February 23, 2016 record from the hearing on the underlying bill of review.

      It is so ORDERED.

Judge's signature: /s/ <u>Jane Bland</u>
                       ⊠  Acting individually

Date:  <u>December 6, 2016</u>